## La Rena A. Wilson et al. v. The Northwestern Bond and Trust Company.

1. Equity Practice—*Supplemental Bill.*—A supplemental bill in chancery is an addition to the original bill, and becomes a part of it. It must not contradict the statements of the original bill, and must be upon the same cause of action so that the whole is to be taken as an amended bill. If any of these rules are violated a demurrer will be sustained to it.

**In Equity.**—Bill for relief. Error to the Superior Court of Cook County; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed November 5, 1896.

Nathaniel Bacon, attorney for plaintiffs in error.

Wood & Oakley, attorneys for defendant in error.

Mr. Justice Gary delivered the opinion of the Court.

We can do nothing with this case but affirm the decree. The abstract of the supposed " amended supplemental bill of complaint " does not show that the plaintiffs in error were parties to the suit. We take the title of the case from the brief of the defendant in error.

The abstract contains no reference to the former plead-

ings except in stating that such former pleadings were in the case, and that this bill is by the plaintiffs in error intended "to be in itself a full and complete statement of their whole and only cause of action."

But such a bill "is an addition to the original bill, and becomes part of it, so that the whole bill is to be taken as one amended bill." 2 Dan. Chy., 1536, note 1.

It "must not contradict the statements of the original bill." Ibid. 1515, note 1. It must be upon the same cause of action as the original. Ibid.

If any of these rules are violated a demurrer will hold. Ibid. 1535, note 5. Whether any such objections were the ground upon which the demurrer was sustained, can not be told with only the one bill before the court.

What little is here is very vague and uncertain, but we will not discuss it.

The decree dismissing the cause is affirmed.